United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SAI UNITY LLC DBA/TA COMFORT SUITES § § § | |
| VS. § § | CIVIL ACTION NO. 5:23-CV-39 |
| AMGUARD INSURANCE COMPANY § | |

## Order

The parties filed a joint stipulation of dismissal, wherein they agree that Plaintiff SAI Unity LLC dba/ta Comfort Suites' claims against Defendant AmGUARD Insurance Company should be dismissed with prejudice (Dkt. No. 48). Generally, civil litigants may dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Rule 41(a) is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). None of these limitations apply here.

Unless parties indicate otherwise, Federal Rule of Civil Procedure 41(a)(1)(A) dismissals are without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Here, however, all parties signed the stipulation and specified the dismissal is with prejudice (Dkt. No. 48). Thus, the parties' stipulation automatically dismissed Plaintiff's claims with prejudice. *See Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)) (holding Rule 41(a)(1)(A)(ii) dismissals operate automatically and divest the court its jurisdiction).

1

Because no claim remains pending before the Court, the Clerk of Court is hereby **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** August 26, 2024.

                                        Marina Garcia Marmolejo
                                        United States District Judge